1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 12-cv-01040 |
| v. | ) |
| AMERICAN SEAFOODS COMPANY LLC, and PACIFIC LONGLINE COMPANY LLC, | ) NOTICE OF LODGING OF CONSENT DECREE |
| Defendants. | ) |

The United States has, today, filed a civil complaint in this action alleging violations by the Defendants of Title VI the Clean Air Act, 42 U.S.C. § 7601, et seq., and regulations promulgated at 40 C.F.R. Part 82, Supbarts A and F.

As explained herein, this Notice requests that this Court refrain from taking any action in this matter until and unless the United States files a Motion to Enter the Consent Decree.

The United States will publish in the Federal Register a notice of the filing of this action and of the lodging of the Consent Decree. The United States will, for a period of 30 days thereafter, receive public comments on the proposed Consent Decree. The Consent Decree provides that the United States may withdraw its consent to the proposed Consent Decree if public comments disclose that the settlements embodied in the Consent Decree are unreasonable, unfair, or contrary to the public interest.

After it has received and reviewed the public comments, if any, the United States will

1  proceed file a Motion to Enter the Consent Decree with this Court, or to take any other
2  appropriate action.
3
4                                             Respectfully submitted,
5                                             IGNACIA S. MORENO
                                              Assistant Attorney General
6                                             Environment and Natural Resources Division
                                              U.S. Department of Justice
7                                             Washington, D.C.
8
9                                              s/ *Sean Carman*
                                              SEAN CARMAN
10                                            Trial Attorney
                                              United States Department of Justice
11                                            P.O. Box 7611
                                              Ben Franklin Station
12                                            Washington, D.C.  20009
                                              (202) 514-2746
13                                            sean.carman@usdoj.gov
14
15
16
17  OF COUNSEL
18  SHIRIN VENUS
    Assistant Regional Counsel
19  United States Environmental Protection Agency
    1200 Sixth Avenue
20  Seattle, Washington 98101
21
22
23
24
25
26
27

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2012, I delivered a true and correct copy of the foregoing Notice of Lodging of Consent Decree to the following:

Mr. Thomas Johnson
McKenna, Long & Aldridge
1900 K Street, NW
Washington, D.C. 20006

                                                     s/ *Sean Carman*