Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SEAFOODS COMPANY LLC and PACIFIC LONGLINE COMPANY LLC,<br><br>Defendants. | Civil Action No. 12-01040-RSL<br><br>**ORDER ENTERING CONSENT DECREE** |

The United States of America, on behalf of the United States Environmental Protection Agency (EPA), has moved this Court to approve and enter the proposed Consent Decree between the United States and defendants American Seafoods Company LLC and Pacific Longline Company LLC.

This Court, having fully considered this matter, HEREBY ORDERS that the Consent Decree between the United States and defendants American Seafoods and Pacific Longline is hereby approved and ENTERED as an order of this Court.

Done this 6th day of August, 2012.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
UNITED STATES DISTRICT COURT